AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Circumventing internal accounting controls of an issuer, in violation of Title 15, United States Code Sections 78m(b)(5) and 78ff.

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

10 years prison sentence, $1,000,000 fine, 3 years supervised release, $100 special assessment.    E-filing

FILED

**DEFENDANT - U.S.**

NOV 15 2007

► LEROY JOHN KERN

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 07    0733

SI

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Elise Becker

### DEFENDANT

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ►
Month/Day/Year

Or... If Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

*FILED*

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 07        0733**

**SI**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 15 U.S.C. §§ 78m(b)(5) and 78ff - Circumventing Internal Controls of an Issuer |
| v. | |
| LEROY JOHN KERN, | |
| Defendant. | |

## I N F O R M A T I O N

The United States Attorney charges:

In or about August 2001, in the Northern District of California and elsewhere, the defendant

LEROY JOHN KERN

did knowingly and willfully, directly and indirectly, circumvent the accounting controls of

Riverstone, a publicly traded company that was required to comply with the regulations of the

Securities and Exchange Commission.

//

//

//

INFORMATION

1    All in violation of Title 15, United States Code, Sections 78m(b)(5) and 78ff.

2

3    DATED: November  9 , 2007          SCOTT N. SCHOOLS
                                        United States Attorney
4

5

6                                       BRIAN J. STRETCH
                                        Chief, Criminal Division
7

8

9    (Approved as to form: _____ )
                            AUSA Becker
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                      2