1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone: (415)436-6878
7     Facsimile: (415) 436-7234
      elise.becker@usdoj.gov
8
   Attorneys for the Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
14
   UNITED STATES OF AMERICA,       )   **NOTICE OF RELATED CASE**
15                                  )   **IN A CRIMINAL ACTION**
                                    )
16              Plaintiff,          )   No. CR 07-733 SI
                                    )
17      v.                          )
                                    )
18                                  )
   LEROY JOHN KERN,                 )
19                                  )
                Defendant.          )
20  _____)
                                    )
21  UNITED STATES OF AMERICA,       )
                                    )
22                                  )   No. CR 07-731 CRB
                Plaintiff,          )
23                                  )
        v.                          )
24                                  )
   ANDREW FELDMAN,                  )
25                                  )
                Defendant.          )
26  _____)
27
28

NOTICE OF RELATED CASE IN A CRIMINAL ACTION
CR 07-733 SI; CR 07-731 CRB; C 06-6384 CRB            1

| | | |
|---|---|---|
| 1 | SECURITIES AND<br>EXCHANGE COMMISSION, | )<br>) |
| 2 | Plaintiff, | )     No. C 06-6384 CRB<br>) |
| 3 | v. | )<br>) |
| 4 | ROMULUS S. PEREIRA, | )<br>) |
| 5 | ROBERT B. STANTON,<br>L. JOHN KERN, | )<br>) |
| 6 | ANDREW D. FELDMAN,<br>WILLIAM F. MCFARLAND, | )<br>) |
| 7 | LORI H. CORNMESSER. | )<br>) |
| 8 | Defendants. | )<br>) |

    The United States, by and through the above counsel of record, hereby submits this Notice of Related Case in a Criminal Action pursuant to Criminal Local Rule 8-1.  The United States contends that the criminal case against defendant KERN is related to the other criminal case against defendant FELDMAN and the pending civil case against KERN, FELDMAN and others, because they involve the same defendants, and allege similar conduct relating to the recognition of revenue at Riverstone Networks, Inc.  In the interest of judicial economy, the government contends that the criminal case against defendant KERN should be related to the two other cases previously assigned to Judge Breyer.

    On November 15, 2007, the United States Attorney for the Northern District of California filed a felony information charging defendant KERN with one count of circumventing internal accounting controls, in violation of 15 U.S.C. §§ 78m(b)(5) and 78ff.  The Securities and Exchange Commission (SEC) had previously filed complaints against several defendants, including defendant KERN, relating to similar conduct.

    The United States contends that the three matters are related because the cases center around the same alleged conduct involving two of the same defendants.  Accordingly, the assignment of the most recent case to the same judge who has handled and will handle all other related proceedings would conserve judicial resources and promote an efficient determination of the

1 | criminal matter pursuant to Criminal Local Rule 8-1(c)(4).

3 | DATED: November 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ELISE BECKER
Assistant United States Attorney