1  Nanci L. Clarence, SBN 122286
2  Nicole K. Howell, SBN 246078
   CLARENCE & DYER LLP
3  899 Ellis Street
   San Francisco, CA 94109-7807
4  Telephone: (415) 749-1800
   Facsimile:  (415) 749-1694
5  Email: nclarence@clarencedyer.com
          nhowell@clarencedyer.com
6
7  Attorneys for Defendant LeRoy John Kern

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY JOHN KERN,<br><br>Defendant. | Case No.: CR-07-733 CRB<br><br>**NOTICE OF AND GENERAL APPEARANCE OF COUNSEL**<br><br>Courtroom: 8<br>Judge: The Honorable Charles R. Breyer |

PLEASE TAKE NOTICE that Nanci L. Clarence and Nicole K. Howell of Clarence & Dyer, LLP hereby enter their general appearance as attorney of record on behalf of LeRoy John Kern.

Dated: November 27, 2007          Respectfully submitted,
                                  CLARENCE & DYER LLP

                                  /s/: Nanci L. Clarence

                                  NANCI L. CLARENCE
                                  Attorneys for defendant LeRoy John Kern

**PROOF OF SERVICE**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On November 27, 2007, I served a copy, with all exhibits, of the following document(s):

• **Defendant LeRoy John Kern's Notice of and General Appearance of Counsel**

To be served on the parties or attorneys in this action as follows:

(BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Clarence & Dyer LLP for the preparation and processing of documents in portable format (PDF) for emailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

**Attorneys for Plaintiff United States of America**

Elise Becker                                                                            elise.becker@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 27, 2007.

/s/: Abbie Chin
ABBIE CHIN

2