O AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
DEC 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

UNITED STATES OF AMERICA
V.
LeRoy John Kern

WAIVER OF INDICTMENT

CASE NUMBER: CR07-733 CRB

I, L. John Kern, the above named defendant, who is accused of circumventing internal accounting controls in violation of Title 15, United States Code Sections 78m(b)(5) and 78ff,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  12/12/07  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 12/12/07
Judicial Officer
Maria Elena James
United States Magistrate Judge