1  Nanci L. Clarence, SBN 122286
2  Nicole K. Howell, SBN 246078
   CLARENCE & DYER LLP
3  899 Ellis Street
   San Francisco, California 94109
4  Telephone: (415) 749-1800
   Facsimile: (415) 749-1694
5
6  Attorneys for Defendant Leroy John Kern III

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA,              Case No.: CR-07-733 CRB

13                Plaintiff,               **STATUS REPORT REGARDING
                                           PAYMENT OF FINE AND SPECIAL
14  v.                                     ASSESSMENT**

15  LEROY JOHN KERN III,

16

17                Defendant.

18

19        Undersigned Counsel hereby submits that LEROY JOHN KERN tendered payment to the

20  Clerk's Office for the United States District Court, Northern District of California on December

21  17, 2007 of the $5000.00 fine and $100.00 special assessment imposed by the Court.

22

23        Dated:  December 17, 2006

24                              By:    /s/:  Nicole K. Howell
                                       Nicole K. Howell
25                                     CLARENCE & DYER LLP
                                       Counsel for Defendant Leroy John Kern III
26

27

28

**Proof of Service**

I, Abbie, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On December 17, 2007, I served a copy, with all exhibits, of the following documents:

- **STATUS REPORT REGARDING PAYMENT OF FINE AND SPECIAL ASSESSMENT**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

**COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA**
Elise Becker, AUSA
Timothy Crudo, AUSA
OFFICE OF THE UNITED STATES ATTORNEY
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: elise.becker@usdoj.gov

**UNITED STATES PROBATION OFFICE**
Northern District of California
United States Probation and Parole Officer
450 Golden Gate Avenue

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin
Abbie Chin