**UNITED STATES DISTRICT COURT**          **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**        Courtroom Clerk: **Frank Justiliano**

<u>**CRIMINAL MINUTES**</u>

Date: __December 12, 2007_____

Reporter: _Catherine Edwards_____

**Case No: CR- 07-0733-CRB      DEFT: __Leroy John Kern, III_____**
                                                ( X )Present   ( )Not Pres   ( )In Custody

AUSA: _Elise Becker_____        DEF ATTY: __Nanci Clarence and Nicole Howell_____

**REASON FOR HEARING** __Change of Plea and Sentencing_____

_____   _____  _____

**RESULT** ___Defendant is placed under oath, enters a plea of guilty. The Court accepts the plea and defendant is adjudged guilty. ___Parties waive preparation of PSR, and the Court proceeds into sentencing._____   _____

Motions (if any) to be filed no later than _____

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for**_____

**JUDGMENT** __Probation of 3 years under the standard conditions set forth. Fine of $5,000.00. Special assessment of $100.00. Fine and assessment stayed until December 17, 2007 by 5:00 p.m. Defendant is ordered to report to USPO for processing today._____

Notes: _____