12/27/2007 05:10 PM EDT                                                                                  Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000733 | | US VS LEROY JOHN KERN | | | | | | | |
| 001 | LEROY JOHN KERN | 504100 | FINE-CRIME VICTIMS FUND | 5,000.00 | 0.00 | CT 34611013613 | 2 | PR | 5,000.00 | 12/17/2007 |
| 001 | LEROY JOHN KERN | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611013613 | 1 | PR | 100.00 | 12/17/2007 |

Division Payment Total   5,100.00

Grand Total   5,100.00

$ 100.00   SPECIAL ASSESSMENT   m   12/17/07
             PAID IN FULL

$ 5,000.00   FINE PAID IN FULL   m   12/17/07

CR07-733 CRB
@

**FILED**
DEC 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1