Nanci L. Clarence, SBN 122286
Nicole K. Howell, SBN 246078
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant Leroy John Kern III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY JOHN KERN III,<br><br>Defendant. | Case No.: CR-07-733 CRB<br><br>**REQUEST AND [PROPOSED] ORDER WAIVING DRUG TESTING REQUIREMENT AND MODIFYING THE CONDITIONS OF PROBATION** |

    Counsel for Defendant LEROY JOHN KERN respectfully requests that the Court suspend the additional drug testing requirement as condition of Mr. Kern's Probation. Mr. Kern's offense conviction is unrelated to any issue of substance abuse, he has no history of substance abuse, and he poses a no risk of future substance abuse.

    Assistant United States Attorney Elise Becker does not object to this request.

Dated: February 7, 2008

                                       By:    /s/: Nicole K. Howell
                                               Nicole K. Howell
                                               CLARENCE & DYER LLP
                                               Counsel for Defendant Leroy John Kern III

Page 1

Request and [Proposed] Order Waiving Drug Testing Requirement and Modifying the Conditions of Probation [Case No.: CR 07-733 CRB]

1
2       GOOD CAUSE APPEARING, it is so ORDERED that the drug testing requirement as
3    a condition of LEROY JOHN KERN'S probation is hereby SUSPENDED and the conditions
4    of this probation are so MODIFIED.
5
                                                    _____
6                                                   Honorable Charles R. Breyer
                                                    United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request and [Proposed] Order Waiving Drug Testing Requirement and Modifying the Conditions of Probation
[Case No.: CR 07-733 CRB]

**Proof of Service**

I, Stephanie, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On February 7, 2008, I served a copy, with all exhibits, of the following documents:

- **REQUEST AND [PROPOSED] ORDER TO SUSPEND DRUG TESTING REQUIREMENT AND MODIFYING THE CONDITIONS OF PROBATION**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

*VIA ELECTRONIC SERVICE*
**COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA**
Elise Becker, AUSA
Office of the United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: elise.becker@usdoj.gov

*VIA FAX*
**UNITED STATES PROBATION OFFICE**
Jennifer Hutchings, USPO
Northern District of California
United States Probation and Parole Officer
450 Golden Gate Avenue, Suite 17-6884
P.O. Box 36057
San Francisco, CA 94102
Fax: (415) 436-7572

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan
Stephanie Chan

Page 3

Request and [Proposed] Order Waiving Drug Testing Requirement and Modifying the Conditions of Probation [Case No.: CR 07-733 CRB]