

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 19, 2008

The Honorable Charles R. Breyer
United States District Judge
San Francisco, CA

Re:   Leroy John Kern
      Docket No.: CR 07-00733-01 CRB
      TRAVEL REQUEST

Your Honor:

On December 12, 2007, the offender was sentenced by Your Honor to three years probation, for a violation of the following: Circumventing Internal Controls of an Issuer, 15 U.S.C. §§ 78m(b)(5) and 78ff, a Class C felony. The following special conditions of supervision were ordered: special assessment $100 and fine $5,000.

Since beginning supervision, Mr. Kern has cooperated with the Probation Office and has followed all directives. Mr. Kern has paid his fine and special assessment in full. Mr. Kern is requesting permission from the Court to travel to Japan, Hong Kong, Thailand and Malaysia on business in the month of April 2008.

The undersigned recommends that travel be approved.

Respectfully submitted,

Jennifer Hutchings
U.S. Probation Officer

Reviewed by:

James M. Schloetter
Supervisory U.S. Probation Officer

---

Travel is:
☒ Approved
☐ Denied

March 21, 2008
Date

Charles R. Breyer
United States District Judge

NDC-SUPV-049 11/14/05